UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___6/15/26

UNITED STATES OF AMERICA,
                    Judgment Creditor,

        v.

ALEXANDER RIVERA,
                    Judgment Debtor.

02 CR 0714 (VM)

**STIPULATION AND
ORDER FOR VOLUNTARY
ASSIGNMENT OF EARNINGS**

WHEREAS, on May 9, 2003, the United States of America obtained a judgment against the judgment debtor, ALEXANDER RIVERA, in the amount of $17,794.00, for which the unpaid balance, including accrued interest, is $19,245.88, and the parties have agreed to voluntary automatic deduction of 10% per pay period from the gross compensation of ALEXANDER RIVERA to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that the current employer or third-party compensation provider of ALEXANDER RIVERA, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 10% of his gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for ALEXANDER RIVERA, 02 CR 0714.

Dated:  May 28, 2026
          New York, New York

_____
ALEXANDER RIVERA
*Judgment Debtor*

JAY CLAYTON
United States Attorney

_____
MELISSA A. CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED:

_____
VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

Dated:  June 15, 2026
          New York, New York